ROSE SILK MILLS, INC., Respondent, v. SAMUEL ZAHLER and Another, Appellants.— Order so far as appealed from modified by denying item 8 in so far as

invoices are required, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.